IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE MOSBY,

    Plaintiff,

v.

JULIE CAVEY,
SUZANNA RUSHFORD,
SUSAN BURKHEIMER,
KURT SILBERSCHMIDT,
JAMES WOMMACK,
and RICHELLE ANHALT

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-677-wmc

---

This action came before the court and a jury with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 15th day of December, 2010.

_____
WILLIAM M. CONLEY,
DISTRICT JUDGE

By: [signature], Deputy Clerk
Peter Oppeneer, Clerk of Court

12-15-10
Date